UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTTI J. ORTIZ,<br><br>               Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | CASE NO. 3:20-cv-05179-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JUNE 12, 2020 |

      This 28 U.S.C. § 2254 habeas corpus petition has been referred to the undersigned Magistrate Judge. On February 27, 2020, petitioner filed an application to proceed *in forma pauperis* ("IFP") and a proposed petition. Dkt. 1, 1-1. The same day, the Clerk's Office instructed petitioner file a complete IFP form and provided petitioner with the correct form. Dkt. 2. Petitioner did not file a response. *See* Dkt.

      On April 7, 2020, the Court ordered petitioner to submit the complete IFP form or pay the filing fee by May 7, 2020. Dkt. 3. The Court warned petitioner that failure to comply with the Court's Order would result in a recommend that this case be dismissed. *Id.*

1 | Petitioner has failed to comply with the Court's order. He has not filed a complete IFP form or paid the filing fee. *See* Dkt. Accordingly, the Court recommends that this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 12, 2020 as noted in the caption.

Dated this 20th day of May, 2020.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION: - 2