# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SCOTTI J. ORTIZ,

          Petitioner,

v.

STATE OF WASHINGTON,

          Respondent.

CASE NO. C20-5179-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's proposed petition for habeas corpus, Dkt. 1, is **DISMISSED** without prejudice; and

(3) This case is closed.

Dated this 22nd day of June, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1